ELFRIEDA LAUER, Plaintiff, *v.* 1056 LEX CORPORATION, Defendant. In the Matter of JESSIE BRINN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.

Argued June 1, 1953; decided July 14, 1953.

*Mercedes Hoffmann* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Abe Wagman, Wendell P. Brown* and *Irving L. Rollins* of counsel), for respondents.

Orders reversed and proceeding dismissed. On this record no contempt was established within the meaning of section 750 of the Judiciary Law. No opinion.

Concur: CONWAY, DESMOND, FULD and FROESSEL, JJ. LEWIS, Ch. J., DYE and VAN VOORHIS, JJ., dissent and vote to affirm.